1  PHILLIP A. TALBERT
   Acting United States Attorney
2  EMILIA P. E. MORRIS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   JAMIE ANN YAVELBERG
6  MICHAL TINGLE
   BREANNA PETERSON
7  Department of Justice
   Civil Division
8  Commercial Litigation Branch
   P. O. Box 261
9  Benjamin Franklin Station
   Washington, D.C. 20044
10 Telephone: (202) 305-3671
   Fax: (202) 616-3085
11
   Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, LUIS FRANCO and MONIQUE BRYANT, <br><br> Plaintiffs, <br><br> v. <br><br> FARMERS' RICE COOPERATIVE, <br><br> Defendant. | CASE NO. 2:19-CV-1294 KJM KJN <br><br> ORDER RE THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL |

ORDER

The Relators, having filed a Notice of Voluntary Dismissal Without Prejudice of this action, and the United States, having filed its Notice of Consent to Dismissal pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS SO ORDERED that this action is dismissed without prejudice as to the Relators and as to the United States.

DATED: May 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER 1